UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61398-CIV-COHN/SELTZER

ACCESS 4 ALL, INC., a Florida not for
Profit corporation, and JOE HOUSTON,
individually,

    Plaintiffs,

v.

SEARS, ROEBUCK AND CO., a Foreign
Profit Corporation,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

The parties hereby notify the Court that they have settled the instant action in principal and request that all pending deadlines and the upcoming trial be continued to allow the parties sufficient time to finalize their settlement.

Dated this 26th day of May, 2010.

| | |
|---|---|
| Thomas B. Bacon, P.A. | Arnstein & Lehr, LLP |
| 4868 S.W. 103rd Ave. | Northbridge Centre, Suite 600 |
| Cooper City, FL 33328 | 515 North Flagler Drive |
| Telephone: 954-925-6488 | West Palm Beach, FL 33401 |
| Facsimile: 954-237-1990 | Telephone: (561) 833-9800 |
| | Facsimile: (561) 655-5551 |
| /s/ Thomas B. Bacon | /s/ Joel B. Rothman |
| By: Thomas B. Bacon, Esq. | By: Joel B. Rothman |
| Florida Bar No. 139262 | Florida Bar No.:98220 |
| tbb@thomasbaconlaw.com | jrothman@arnstein.com |
| | Misha J. Kerr |
| | Florida Bar No. 36952 |
| | mjk@arnstein.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26<u>th</u> day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        ARNSTEIN & LEHR LLP
        Attorney for Defendant
        515 North Flagler Drive
        Northbridge Centre – 6th Floor
        West Palm Beach, FL 33401
        561/833-9800 (ofc.)
        561/655-5551 (fax)

By: /s/ Joel B. Rothman
     Joel B. Rothman
     Florida Bar No. 98220
     jrothman@arnstein.com
     Misha J. Kerr
     Florida Bar No. 39652
     mjkerr@arnstein.com

## SERVICE LIST
**ACCESS 4 ALL, INC., a Florida not for Profit corporation, and JOE HOUSTON, individually, Plaintiffs v. SEARS, ROEBUCK AND CO., a Foreign Profit Corporation, Defendant**
**CASE NO.  09-61398-CIV COHN/SELTZER**
**United States District Court, Southern District of Florida**

Thomas B. Bacon, Esq.
Florida Bar No. 139262
tbb@thomasbaconlaw.com
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City , FL 33328
Telephone:  954-925-6488
Facsimile: 954-237-1990
(Counsel for Plaintiffs)

9042891.1