UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation, and
JOE HOUSTON, Individually,

Case No. 0:09-cv-61398-JIC

         Plaintiffs,
vs.

SEARS, ROEBUCK AND CO.,
A Foreign Profit Corporation,
         Defendant.
_____/

## FINAL ORDER DISMISSING CASE

THIS CAUSE came before the Court on the Stipulation For Dismissal With Prejudice, and the Court having reviewed the pleadings and papers filed in this cause, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that:

1. The above-styled cause be and the same is hereby DISMISSED with prejudice;
2. To the extent not otherwise disposed of herein, all pending motions are hereby DENIED as moot, the calendar call and trial are hereby cancelled, and the case is closed;
3. The Court retains jurisdiction to enforce the terms of the Settlement Agreement.

DONE AND ORDERED in Chambers at, FT LAUDERDALE, this 3RD day of JUNE, 2010.

_____
UNITED STATES DISTRICT JUDGE